**JS-6**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MILTON,<br><br>        Plaintiff,<br><br>    v.<br><br>CVS PHARMACY, INC., and DOES 1 to 50 ,<br><br>        Defendant. | Case No.  SACV 20-00484-JLS (DFM)<br><br>**ORDER RE STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**<br>**[FRCP 41(a)]**<br><br>Action Filed:      12/10/2019 |

Pursuant to the stipulation of the parties under Federal Rule 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close  this file.

DATED:  October 27, 2020        By:    JOSEPHINE L. STATON
                                       Hon. Josephine L. Staton
                                       UNITED STATES DISTRICT JUDGE